## MALMSTROM v. STATE.

### No. 27056.

Court of Criminal Appeals of Texas.

June 23, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The conviction is for driving a motor vehicle while license to operate a motor vehicle was suspended; the punishment, 30 days in jail and a fine of $150.

Appellant waived trial by jury and entered his plea of guilty befort the court.